IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RAY REED                                                              PLAINTIFF

V.                                          CIVIL ACTION NO. 1:18-CV-108-GHD-DAS

CHIEF NICHLOS AND STARKVILLE
POLICE DEPARTMENT                                                    DEFENDANTS

### FINAL JUDGMENT ADOPTING REPORT AND RECOMMENDATION

United States Magistrate Judge David A. Sanders issued a report and recommendation on June 13, 2018, recommending that the complaint in this cause be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i). While an acknowledgement of receipt was mailed to Reed that same day, Reed has failed to execute that acknowledgment. Reed has not filed objections to the Report and Recommendation, and the time for doing so has long since expired.

Where no objections to a Report and Recommendation are filed, a "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009). This Court has reviewed the Report and Recommendation and found no plain error.

Accordingly, it **ORDERED** that:

1. The Report and Recommendation [5] is **ADOPTED** as the opinion of the Court;

2. Plaintiff's claims are **DISMISSED** as frivolous, counting as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED** this the 29 day of August, 2018.

SENIOR U.S. DISTRICT JUDGE